# EXHIBIT A

Exhibit A

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,119,596
Registered Dec. 9, 1997

### SERVICE MARK
### PRINCIPAL REGISTER



AMERUS FINANCIAL SERVICES, INC. (IOWA CORPORATION)
418 6TH AVENUE
DES MOINES, IA 50309

FOR: INSURANCE SERVICES, NAMELY, IN-SURANCE UNDERWRITING IN THE FIELD OF LIFE INSURANCE; INSURANCE ADMINIS-TRATION AND INSURANCE BROKERAGE SERVICES; AND, ANNUITY UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-25-1995; IN COMMERCE 4-25-1995.

OWNER OF U.S. REG. NOS. 1,973,759, 2,049,629 AND OTHERS.

THE MARK IS LINED FOR THE COLORS RED AND BLUE.

SER. NO. 75-198,139, FILED 11-14-1996.

JOHN TANG, EXAMINING ATTORNEY

UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

Exhibit A

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2119596    SERIAL NO: 75/198139    MAILING DATE: 01/24/2005
REGISTRATION DATE: 12/09/1997
MARK: AMERUS
REGISTRATION OWNER: ACM PROPERTIES, INC.

CORRESPONDENCE ADDRESS:
MONICA B. RICHMAN
BROWN RAYSMAN MILLSTEIN FELDER & STEINER
900 THIRD AVENUE
NEW YORK NY  10022

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

************************************************

## NOTICE OF ACKNOWLEDGEMENT
### 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
036.

Docketed
SM 2-8-05

CRAVEN, TINA L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

Exhibit A

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,005,743
Registered Oct. 8, 1996

## SERVICE MARK
### PRINCIPAL REGISTER

## AMERUS GROUP

AMERUS GROUP, INC. (IOWA CORPORA-
TION)
611 FIFTH AVENUE
P.O. BOX 1555
DES MOINES, IA 50306

FOR: BANKING SERVICES; FINANCIAL
SERVICES, NAMELY ANNUITY UNDERWRIT-
ING AND BROKERAGE SERVICES, INVEST-
MENT SECURITIES BROKERAGE SERVICES,
REAL ESTATE BROKERAGE, MORTGAGE
LENDING AND ESCROW SERVICES; REAL
ESTATE PROPERTY MANAGEMENT AND
BROKERAGE SERVICES; AND, INSURANCE
SERVICES, NAMELY INSURANCE UNDER-

WRITING IN THE FIELDS OF PROPERTY
AND CASUALTY, TITLE, HEALTH AND LIFE;
INSURANCE ADMINISTRATION AND INSUR-
ANCE BROKERAGE, IN CLASS 36 (U.S. CLS.
100, 101 AND 102).

FIRST USE 4-25-1995; IN COMMERCE
4-25-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GROUP", APART FROM THE
MARK AS SHOWN.

SER. NO. 74-674,688, FILED 5-16-1995.

JAMES A. RAUEN, EXAMINING ATTORNEY

Exhibit A



UNITED STATES  PARTMENT OF COMMERCE
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 2005743     SERIAL NO: 74/674688          MAILING DATE: 11/22/2002
REGISTRATION DATE: 10/08/1996
MARK: AMERUS GROUP
REGISTRATION OWNER: AMERUS PROPERTIES, INC.
CORRESPONDENCE ADDRESS:

SUSAN C. SHIN
BROWN RAYSMAN MILLSTEIN FELDER & STEINER
900 THIRD AVE.
NEW YORK, NY   10022

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF ACKNOWLEDGEMENT
### 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
036.

AHMED, DEBORAH Y
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
   CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT4 (9/99)

Docketed
SE 12/5/02

Exhibit A

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 2,119,594
Registered Dec. 9, 1997

## SERVICE MARK
### PRINCIPAL REGISTER



AMERUS FINANCIAL SERVICES, INC. (IOWA CORPORATION)
418 6TH AVENUE
DES MOINES, IA 50309

FOR: INSURANCE SERVICES, NAMELY, IN-SURANCE UNDERWRITING IN THE FIELD OF LIFE INSURANCE; INSURANCE ADMINIS-TRATION AND INSURANCE BROKERAGE SERVICES; AND, ANNUITY UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-25-1995; IN COMMERCE 4-25-1995.

OWNER OF U.S. REG. NOS. 1,973,759, 2,049,629 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIFE", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLORS RED AND BLUE.

SER. NO. 75-198,010, FILED 11-14-1996.

JOHN TANG, EXAMINING ATTORNEY

UNITED STATES
PATENT AND
★ ★ ★ ★ TRADEMARK OFFICE

Exhibit A

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 2119594    SERIAL NO: 75/198010    MAILING DATE: 08/03/2004
REGISTRATION DATE: 12/09/1997
MARK: AMERUS LIFE
REGISTRATION OWNER: ACM PROPERTIES, INC.

CORRESPONDENCE ADDRESS:
MONICA B. RICHMAN
BROWN RAYSMAN MILLSTEIN FELDER & STEINER
900 THIRD AVENUE
NEW YORK, NY 10022

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*************************************************

## NOTICE OF ACKNOWLEDGEMENT
### 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

*************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
036.

NEWTON, DANA L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

Docketed
su 8/12/2004

Exhibit A

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,117,842
Registered Dec. 2, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## AMERUS LIFE

AMERUS FINANCIAL SERVICES, INC. (IOWA CORPORATION)
418 6TH AVENUE
DES MOINES, IA 50309

FOR: INSURANCE SERVICES, NAMELY, INSURANCE UNDERWRITING IN THE FIELD OF LIFE INSURANCE; INSURANCE ADMINISTRATION AND INSURANCE BROKERAGE SERVICES; AND, ANNUITY UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-25-1995; IN COMMERCE 4-25-1995.

OWNER OF U.S. REG. NOS. 1,973,759, 2,049,629 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIFE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-197,619, FILED 11-14-1996.

JOHN TANG, EXAMINING ATTORNEY

UNITED STATES
PATENT AND
★ ★ ★ ★ TRADEMARK OFFICE

**Exhibit A**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2117842      SERIAL NO: 75/197619      MAILING DATE: 01/24/2005
REGISTRATION DATE: 12/02/1997
MARK: AMERUS LIFE
REGISTRATION OWNER: ACM PROPERTIES, INC.

CORRESPONDENCE ADDRESS:
MONICA B. RICHMAN
BROWN RAYSMAN MILLSTEIN FELDER & STEINER
900 THIRD AVENUE
NEW YORK NY  10022

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*********************/*********************

## NOTICE OF ACKNOWLEDGEMENT
### 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

*************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
036.

Docketed
SM 2-8-05

CRAVEN, TINA L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**

ORIGINAL

Exhibit A

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,048,343

Registered Mar. 25, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## AMERUS LIFE INSURANCE COMPANY

AMERUS GROUP, INC. (IOWA CORPORA-
TION)
611 FIFTH AVENUE
P.O. BOX 1555
DES MOINES, IA 50306

FOR: INSURANCE SERVICES, NAMELY IN-
SURANCE UNDERWRITING IN THE FIELD
OF LIFE INSURANCE; INSURANCE ADMINIS-
TRATION AND INSURANCE BROKERAGE
SERVICES; AND, ANNUITY UNDERWRIT-
ING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 4-25-1995; IN COMMERCE
4-25-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "LIFE INSURANCE COMPA-
NY", APART FROM THE MARK AS SHOWN.

SN 75-008,150, FILED 10-20-1995.

JAMES A. RAUEN, EXAMINING ATTORNEY

UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

**Exhibit A**

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO: 2048343      SERIAL NO: 75/008150      MAILING DATE: 09/17/2003
REGISTRATION DATE: 03/25/1997
MARK: AMERUS LIFE INSURANCE COMPANY
REGISTRATION OWNER: ACM PROPERTIES, INC.

CORRESPONDENCE ADDRESS:
SUSAN C SHIN
BROEN RAYSMAN MILLSTEIN FELDER ET AL
900 THIRD AVE
NEW YORK, NY 10022

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF ACKNOWLEDGEMENT
### 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
036.

WEST, JOYCE M
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
   CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

Docketed

TMLT4A (3/2003)

Exhibit A

Int. Cls.: 36 and 42

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,012,639
Registered Oct. 29, 1996

SERVICE MARK
PRINCIPAL REGISTER

# AMERUS

CENTRAL RESOURCE GROUP, INC. (IOWA CORPORATION)
611 FIFTH AVENUE
P. O. BOX 1555
DES MOINES, IA 50306

FOR: BANKING SERVICES; FINANCIAL SERVICES, NAMELY ANNUITY UNDERWRITING AND BROKERAGE SERVICES, INVESTMENT SECURITIES BROKERAGE SERVICES, REAL ESTATE BROKERAGE SERVICES, MORTGAGE LENDING AND ESCROW SERVICES; INSURANCE SERVICES, NAMELY INSURANCE UNDERWRITING IN THE FIELDS OF PROPERTY AND CASUALTY, TITLE, HEALTH AND LIFE; INSURANCE ADMINISTRATION AND INSURANCE BROKERAGES; AND REAL ESTATE PROPERTY MANAGEMENT AND BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4–25–1995; IN COMMERCE 4–25–1995.

FOR: TITLE SEARCHING SERVICES; LEASING OF COMPUTER EQUIPMENT, FARM EQUIPMENT, FOOD SERVICE EQUIPMENT, MEDICAL EQUIPMENT, VENDING MACHINES, AND HOME APPLIANCES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4–25–1995; IN COMMERCE 4–25–1995.

SN 74–621,616, FILED 1–17–1995.

PETER CATALDO, EXAMINING ATTORNEY

UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

Exhibit A

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO: 2012639    SERIAL NO: 74/621616    MAILING DATE: 08/21/2003
REGISTRATION DATE: 10/29/1996
MARK: AMERUS
REGISTRATION OWNER: ACM PROPERTIES, INC.

CORRESPONDENCE ADDRESS:
SUSAN C. SHIN
BROWN RAYSMAN MILLSTEIN FELDER & STEINER
900 THIRD AVENUE
NEW YORK, NY  10022

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*************************************************

## NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

*************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
036, 042.

WILSON, JAMES D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

Docketed
SP 9/8/2

# Exhibit B

Exhibit B

ARTICLES OF AMENDMENT
OF
CENTRAL RESOURCE GROUP, INC.

$123347$

RECEIVED

APR 24 1995

SECRETARY OF STATE

TO THE SECRETARY OF STATE OF THE STATE OF IOWA:

Pursuant to section 1006 of the Iowa Business Corporation Act, the undersigned corporation adopts the following amendment to the corporation's articles of incorporation.

1. The name of the corporation is Central Resource Group, Inc.

2. Article I is amended in its entirety to read as follows:

FIRST: The name of this corporation is Amerus Group, Inc.

3. The date of adoption of the amendment was April 20, 1995.

4. The amendment was approved by all the stockholders. The number of votes cast for the amendment by each voting group was sufficient for approval by that voting group.

| DESIGNATION OF GROUP | SHARES OUTSTANDING | VOTES ENTITLED TO BE CAST ON AMENDMENT | VOTES REPRESENTED AT MEETING |
|---|---|---|---|
| COMMON | 25,000 | 25,000 | 25,000 |

4A. The total number of votes cast for and against the amendment by each voting group entitled to vote separately on the amendment is as follows:

| VOTING GROUP | VOTES FOR | VOTES AGAINST |
|---|---|---|
| COMMON | 25,000 | -0- |

Dated this 20th day of April, 1995.

CENTRAL RESOURCE GROUP, INC.

BY: _James A. Smallenberger_
James A. Smallenberger, Secretary

PAUL D. PATE
Secretary of State
FILED
Date: 4-24-1995
Time: 2:57
Receipt: W75627

Exhibit B

*123347*

ARTICLES OF AMENDMENT
OF
AMERUS GROUP, INC.

AUG 01 1996

SECRETARY OF STATE

TO THE SECRETARY OF STATE OF THE STATE OF IOWA:

Pursuant to section 1006 of the Iowa Business Corporation Act, the undersigned corporation adopts the following amendment to the corporation's articles of incorporation.

1.    The name of the corporation is AmerUs Group, Inc.

2.    Article I is amended in its entirety to read as follows:

FIRST: The name of this corporation is AmerUs Financial Services, Inc.

3.    The date of adoption of the amendment was July 10, 1996.

4.    The amendment was approved by all the stockholders.   The number of votes cast for the amendment by each voting group was sufficient for approval by that voting group.

| DESIGNATION OF GROUP | SHARES OUTSTANDING | VOTES ENTITLED TO BE CAST ON AMENDMENT | VOTES REPRESENTED AT MEETING |
|---|---|---|---|
| COMMON | 25,000 | 25,000 | 25,000 |

4A.    The total numbers of votes cast for and against the amendment by each voting group entitled to vote separately on the amendment is as follows:

| VOTING GROUP | VOTES FOR | VOTES AGAINST |
|---|---|---|
| COMMON | 25,000 | -0- |

Dated this 31st of July, 1996.

FILED
IOWA
SECRETARY OF STATE
8-1-96
2:13pm
W115587

AMERUS GROUP, INC.

BY: _____
Roger K. Brooks, Chairman

BY: _____
James A. Smallenberger, Secretary

000385

Exhibit B

123347-N-
24345-S

RECEIVED

NOV 1 8 1996

SECRETARY OF STATE

Document prepared by and
after recording return to:

Diane M. Davidson, Esq.
AmerUs Properties, Inc.
4949 Westown Parkway, Suite 245
West Des Moines, Iowa 50266-1066

(Space above for Recorder's Office.)

## ARTICLES OF MERGER
## OF
## AMERUS FINANCIAL SERVICES, INC.
## INTO
## LARTNEC INVESTMENT CO.

TO THE SECRETARY OF STATE OF THE STATE OF IOWA:

Pursuant to §1105 of the Iowa Business Corporation Act, the undersigned corporations adopt the following articles of merger.

1.    That attached hereto and marked Exhibit "A" is the Plan of Merger (the "Plan") whereby AmerUs Financial Services, Inc. ("AFS") will be merged with and into Lartnec Investment Co. ("LICO"). The name of the surviving corporation shall be Lartnec Investment Co.

2A.   At a special meeting of the shareholders of AFS, duly called and held on November 18, 1996, at which meeting all of the shareholders were present and voted unanimously for adoption of the Plan.

2B.   At a special meeting of the shareholders of LICO, duly called and held on November 18, 1996, at which meeting all of the shareholders were present and voted unanimously for adoption of the Plan.

3.    The effective date and time of this document shall be 11:00 a.m., on November 18, 1996.

(Signatures to follow on Page 2.)

000433      ⑤

g:\legaldoc\dmd\afs-lico.aom: 11/18/96/bh

503979 MERG10    $50.00 SFO    2

IN WITNESS WHEREOF, each of the parties hereto has caused this Articles of Merger to be executed on its behalf by its duly authorized officers.

AMERUS FINANCIAL SERVICES, INC.

By: _Jonna LaToure_
Jonna LaToure, Vice President

LARTNEC INVESTMENT CO.

By: _William C. Knapp II_
William C. Knapp II, Vice President

## ACKNOWLEDGEMENTS

Exhibit B

STATE OF IOWA        )
                     ) SS.:
COUNTY OF POLK       )

On this 18th day of November, 1996, before me, the undersigned, a Notary Public in and for the State, personally appeared Jonna LaToure, to me personally known, who, being by me duly sworn, did say that she is the Vice President of AmerUs Financial Services, Inc., an Iowa corporation; that no seal has been procured by the corporation; that said instrument was signed on behalf of said corporation by authority of its Board of Directors; and that Jonna LaToure as such officer, acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, by it and by her voluntarily executed.

_Veronica S. Stephan_
Veronica S. Stephan _____, Notary Public in and for the State of Iowa.

STATE OF IOWA        )
                     ) SS.:
COUNTY OF POLK       )

On this 18th day of November, 1996, before me, the undersigned, a Notary Public in and for the State, personally appeared William C. Knapp II, to me personally known, who, being by me duly sworn, did say that he is the Vice President of Lartnec Investment Co., an Iowa corporation; that the seal affixed thereto is the seal of said corporation; that said instrument was signed and sealed on behalf of said corporation by authority of its Board of Directors; and that William C. Knapp II, as such officer, acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, by it and by them voluntarily executed.



LINDA ANDREINI
MY COMMISSION EXPIRES
SEPTEMBER 22, 1998

_Linda Andreini_
Linda Andreini _____, Notary Public in and for the State of Iowa.

000434

g:\legaldoc\dmd\afs-llco.aom: 11/18/96/bh

Exhibit "A"                                        Exhibit B

PLAN OF MERGER

THIS PLAN OF MERGER (the "Plan") dated as of this 18th day of November, 1996, for the merger of AMERUS FINANCIAL SERVICES, INC., an Iowa corporation, having its principal office at 418 6th Avenue, Des Moines, Iowa 50309 ("AFS") and LARTNEC INVESTMENT CO., an Iowa corporation, having its principal office at 4949 Westown Parkway, Suite 245, West Des Moines, Iowa 50266-1066 ("LICO"). AFS and LICO are hereinafter sometimes collectively called the "Constituent Corporations".

W I T N E S S E T H :

WHEREAS, the Board of Directors of each of the Constituent Corporations deems it advisable for the welfare and best interests of said corporations that AFS be merged with and into LICO on the terms and conditions hereinafter set forth.

NOW, THEREFORE, the parties hereto hereby adopt and agree to the following agreements, terms and conditions relating to the merger contemplated hereby (the "Merger") and the mode of carrying the Merger into effect.

1.    General.

(a)    Merger. At the Effective Time (as defined in subparagraph (f) below), AFS will be merged with and into LICO, as provided herein, in accordance with the laws of the State of Iowa, LICO shall be the surviving corporation of the Merger (in its capacity as surviving corporation being sometimes hereinafter referred to as the "Surviving Corporation"). The name of the Surviving Corporation shall be "Lartnec Investment Co.". At the Effective Time, the separate existence of AFS shall cease. All the properties, franchises and chooses in action belonging to AFS, by virtue of the Merger and without further act or deed, shall be deemed to be vested in LICO as the corporation surviving the Merger and LICO shall thenceforth be responsible for all liabilities of AFS.

The Surviving Corporation shall continue to exist by virtue of and shall be governed by the laws of the State of Iowa and shall have all of the rights, privileges, immunities, powers and franchises and shall be subject to all of the duties and liabilities granted or imposed by Chapter 490 of Title XII of the Code of Iowa (1995), and any regulations thereunder; the surviving corporation shall possess all the rights, privileges, immunities, powers and franchises of a public as well as of a private nature of AFS and all property, real, personal and mixed, and all debts due on whatever account, including all chooses in action and all and every other interest of or belonging to or due to AFS shall be taken and deemed to be transferred to and vested in the Surviving Corporation without further act or deed; and the title to any real estate, or interest therein, vested in AFS shall not revert or be in any way impaired by reason of the Merger. The Surviving Corporation shall thenceforth be responsible and liable for all the liabilities and obligations of AFS; and any claim existing or action or proceeding pending by or against AFS may be prosecuted to judgment as if the Merger had

g:\legaldoc\dmd\afs-lico.pcm: 11/18/96/bh

1

000435

not taken place, or the Surviving Corporation may be substituted in its place. Neither the rights of creditors nor any liens upon the property of AFS shall be impaired by the Merger, but such liens shall be limited to the property upon which they were liens immediately prior to the Effective Time.

(b)     Articles of Incorporation.  From the Effective Time, the Articles of Incorporation of LICO as in effect immediately prior to the Effective Time shall continue unchanged as the Articles of Incorporation of the Surviving Corporation.

(c)     By-Laws.  From the Effective Time, the By-Laws of LICO as in effect immediately prior to the Effective Time shall continue unchanged as the By-Laws of the Surviving Corporation.

(d)     Directors.  From the Effective Time, the directors of LICO shall continue unchanged until their respective successors have been duly elected and qualified.

(e)     Officers.  From the Effective Time, the officers of LICO shall continue to serve unchanged at the pleasure of the Board of Directors.

(f)     Effective Time.  The Merger shall become effective as of 11:00 a.m., on November 18, 1996 and Articles of Merger shall be filed pursuant to §490 of the Code of Iowa (1995) with the Secretary of State of the State of Iowa.

2.     Further Assurances.  From the Effective Time, the officers and directors of LICO are hereby authorized, in the name of the corporations which were the Constituent Corporations of the Merger, to execute, acknowledge and deliver all instruments and to do all acts and things as may, at any time, be deemed necessary or desirable to vest in LICO any property or rights of either of the Constituent Corporations to the Merger or to carry out any of the purposes expressed in this Agreement.

3.     Headings.  The descriptive headings of the several paragraphs of this Plan of Merger are inserted for convenience only and do not constitute a part of this Plan of Merger.

4.     Governing Law.  This Plan of Merger shall be governed by and construed in accordance with the laws of the State of Iowa.

g:\legaldoc\dmd\afs-lico.pom: 11/18/96/bh

000436

2

Exhibit B

IN WITNESS WHEREOF, each of the Constituent Corporations to this Plan of Merger have caused this instrument to be executed by their respective officers, hereunto duly authorized, as of date and year first written above.

AMERUS FINANCIAL SERVICES, INC.

By: _____
    Jorna LaToure, Vice President

LARTNEC INVESTMENT CO.

By: _____
    William C. Knapp II, Vice President

FILED
IOWA
SECRETARY OF STATE
11-18-96
10:33 Am
W127211

g:\legaldoc\dmd\afs-lico.pom: 11/18/96/bh

000437        3

Exhibit B

## ASSIGNMENT OF SERVICE MARKS

WHEREAS Lartnec Investment Co., an Iowa Corporation with a principal place of business at 4949 Westown Parkway, Suite 245, West Des Moines, Iowa 50266-1066, believes it is the owner of the service marks and federal service mark applications and registrations listed in *Exhibit A* attached hereto and made a part hereof and any state service mark applications and registrations that may exist therefor; and

WHEREAS AmerUs Properties, Inc., an Iowa corporation with a principal place of business at 4949 Westown Parkway, Suite 245, West Des Moines, Iowa 50266-1066, is desirous of acquiring all rights, title and interest in and to said service marks, including the federal or service mark registrations, applications and any state registrations that may exist therefor;

NOW, THEREFORE Lartnec Investments Co. does hereby contribute, transfer and assign to AmerUs Properties, Inc., a wholly-owned subsidiary of Lartnec Investment Co., all of its rights, title, and interest in and to said service marks it may have, together with the goodwill of the business symbolized by said service marks and any state or federal registrations thereof that may exist, pursuant to Section 351 of the Internal Revenue Code of 1986, as amended.

LARTNEC INVESTMENT CO.

Dated as of November 18, 1996

By: _____
Name: William C. Knapp II
Title: Vice President

THE STATE OF IOWA    }
                     }
COUNTY OF POLK       }

Before me, the undersigned, a Notary Public in and for the State, on this day personally appeared William C. Knapp II, to me personally known, who, being by me duly sworn, did say that he is the Vice President of Lartnec Investment Co., an Iowa corporation; that said instrument was signed on behalf of said corporation by authority of its board of directors; and the William C. Knapp II, as such officer, acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, by it and by them voluntarily executed.

IN TESTIMONY WHEREOF, I hereunto sign my name and affix the impress of my official seal this 18th day of November, 1996.

(Notary Seal)

My Commission Expires
February 16, 1997

Veronica S. Stephan
Notary Public in and for Polk
County, State of Iowa

)

Exhibit B

EXHIBIT A

| MARK | REG. NO. or SERIAL NO. | REG. DATE or FILING DATE |
|---|---|---|
| AMERUS INVESTMENTS - Class 36 | 74/674,557 | 5/16/95 |
| AMERUS PROPERTIES - Class 42 | 74/674,563 | 5/16/95 |
| AMERUS PROPERTIES | 74/674,625 | 5/16/95 |
| AMERUS LEASING | 74/674,671 | 5/16/95 |
| AMERUS GROUP | 74/674,672 | 5/16/95 |
| AMERUS PROPERTIES | 74/674,674 | 5/16/95 |
| AMERUS LEASING | 74/674,687 | 5/16/95 |
| AMERUS - Class 36 | 74/590,183 | 10/21/94 |
| AMERUS (Stylized Letters) - Class 37 | 74/622,153 | 1/17/95 |
| AMERUS (Stylized Letters in Color Claret and Red) - Classes 36 and 42 | 74/629,519 | 2/3/95 |
| SIDE BY SIDE - Classes 36 and 42 | 74/648,210 | 3/17/95 |
| AMERUS LIFE INSURANCE COMPANY - Class 36 | 75/008,150 | 10/20/95 |
| AMERUS LIFE (Stylized Letters) - Class 36 | 75/197,619 | 11/14/96 |
| AMERUS (Stylized Letters in Colors Red and Blue) - Class 36 | 75/198,139 | 11/14/96 |
| AMERUS LIFE (Stylized Letters in Colors Red and Blue) - Class 36 | 75/198,010 | 11/14/96 |
| AMERUS DIRECT - Class 36 | 75/198,012 | 11/14/96 |
| AMERUS BANK - Class 36 | 1,973,759 | 5/14/96 |

-1-

Exhibit B

| | | |
|---|---|---|
| AMERUS MORTGAGE - Class 36 | 1,978,556 | 6/4/96 |
| AMERUS - Class 37 | 1,981,686 | 6/18/96 |
| AMERUS (Stylized Letters in Color) - Class 37 | 1,981,730 | 6/18/96 |
| AMERUS INSURANCE - Class 36 | 2,001,154 | 10/22/96 |
| LIVING AND WORKING - Classes 36 and 42 | 2,005,248 | 10/1/96 |
| AMERUS GROUP - Class 36 | 2,005,743 | 10/8/96 |
| AMERUS GROUP - Class 37 | 2,009,648 | 10/22/96 |
| LIVING AND WORKING SIDE BY SIDE - Classes 36 and 42 | 2,011,091 | 10/22/96 |
| AMERUS (Stylized Letters) - Classes 36 and 42 | 2,012,639 | 10/29/96 |

-2-

22831
13974

Exhibit B

# ARTICLES OF MERGER
## OF
## AMERUS PROPERTIES, INC.
## INTO
## ACM PROPERTIES, INC.

TO THE SECRETARY OF STATE OF THE STATE OF IOWA:

Pursuant to Section 1105 of the Iowa Business Corporation Act, the undersigned corporations adopt the following articles of merger.

1.  That attached hereto and marked Exhibit "A" is the Plan of Merger of AmerUs Properties, Inc. into ACM Properties, Inc. (the "Plan") whereby AmerUs Properties, Inc. ("APT") will be merged with and into ACM Properties, Inc. ("ACM"). The name of the surviving corporation shall be ACM Properties, Inc.

2A.  The designation, number of outstanding shares, and number of votes entitled to be cast by each voting group entitled to vote separately on the Plan as to each corporation is as follows:

AMERUS PROPERTIES, INC.:

| Designation of Group | Shares Outstanding | Votes Entitled to be Cast on Merger |
|---|---|---|
| Common | 1,000 | 1,000 |

ACM PROPERTIES, INC.:

| Designation of Group | Shares Outstanding | Votes Entitled to be Cast on Merger |
|---|---|---|
| Common | 10,000 | 10,000 |

Eder_27b\\art of mgr api-acm properties, inc.doc #040401 2/01/46

00277

1

2A.2. The total number of undisputed votes cast for the Plan by each voting group was:

AMERUS PROPERTIES, INC.:

| Voting Group | Votes For | Exhibit B |
|---|---|---|
| Common | 1,000 | |

ACM PROPERTIES, INC.:

| Voting Group | Votes For |
|---|---|
| Common | 10,000 |

The number of votes cast for the Plan by each voting group was sufficient for approval by that voting group.

3.  .  The effective date and time of this document shall be 12:01 A.M. on January 1, 2001.

AMERUS PROPERTIES, INC.

By: _____
    Gene C. Harris
    President

ACM PROPERTIES, INC.

By: _____
    Gene C. Harris
    President

(Acknowledgements on Page 3.)

I:\dept_27\bin\art of mgr apl-acm properties, inc.doc: #040401 2/01/th

00278    2

Exhibit B

## ACKNOWLEDGMENTS

STATE OF IOWA    )
                 ) SS.:
COUNTY OF POLK  )

On this 9th day of February, 2001, before me, the undersigned, a Notary Public in and for the State of Iowa, personally appeared Gene C. Harris, to me personally known, who, being by me duly sworn, did say that he is President of AMERUS PROPERTIES, INC., an Iowa corporation, executing the foregoing instrument; that no seal has been procured by the corporation; that the instrument was signed on behalf of the corporation by authority of its Board of Directors; and that Gene C. Harris, as such officer, acknowledged the execution of the instrument to be the voluntary act and deed of the corporation, by the corporation and by him voluntarily executed.

Linda Olson, Notary Public
in and for the State of Iowa.



My Commission Expires:

STATE OF IOWA    )
                 ) SS.:
COUNTY OF POLK  )

On this 9th day of February, 2001, before me, the undersigned, a Notary Public in and for the State of Iowa, personally appeared Gene C. Harris, to me personally known, who, being by me duly sworn, did say that he is President of ACM PROPERTIES, INC., an Iowa corporation, executing the foregoing instrument; that no seal has been procured by the corporation; that the instrument was signed on behalf of the corporation by authority of its Board of Directors; and that Gene C. Harris, as such officer, acknowledged the execution of the instrument to be the voluntary act and deed of the corporation, by the corporation and by him voluntarily executed.

Linda Olson, Notary Public
in and for the State of Iowa.

My Commission Expires:

H:\apt_27b\jt\ext of mgr agt-acm properties, inc.doc> #040401 2/01/01

3

00279

Exhibit "B"

Exhibit B

# PLAN OF MERGER
# OF
# AMERUS PROPERTIES, INC.
# INTO
# ACM PROPERTIES, INC.

THIS PLAN OF MERGER OF AMERUS PROPERTIES, INC. INTO ACM PROPERTIES, INC. (the "Plan") dated February 9, 2001 to be effective January 1, 2001, for the merger of AMERUS PROPERTIES, INC., an Iowa corporation, having its principal office at 699 Walnut Street, Des Moines, Iowa 50309 ("API") and ACM PROPERTIES, INC., an Iowa corporation, having its principal office at 699 Walnut Street, Des Moines, Iowa 50309 ("ACM"). API and ACM are, hereinafter sometimes collectively called the "Constituent Corporations".

## WITNESSETH:

WHEREAS, the Board of Directors and the shareholders of each of the Constituent Corporations deems it advisable and in the best interests of said corporations to merge API with and into ACM in order to simplify the overall organizational structure and realize efficiencies in operations, financial reporting and record keeping.

NOW, THEREFORE, the parties hereto hereby adopt and agree to the following agreements, terms, and conditions relating to the merger contemplated hereby (the "Merger") and the mode of carrying the Merger into effect.

1.   General.

(a)   Merger. At the Effective Time (as defined in subparagraph [f] below), API will be merged with and into ACM, as provided herein, in accordance with the laws of the State of Iowa. ACM shall be the Surviving Corporation of the Merger (in its capacity as Surviving Corporation being sometimes hereinafter referred to as the "Surviving Corporation"). The name of the Surviving Corporation shall be "ACM Properties, Inc.". At the Effective Time, the separate existence of API shall cease. All the properties, franchises and choses in action belonging to API, by virtue of the Merger and without further act or deed, shall be deemed to be vested in ACM as the corporation surviving the Merger and ACM shall thenceforth be responsible for all liabilities of API.

The Surviving Corporation shall continue to exist by virtue of and shall be governed by the laws of the State of Iowa and shall have all of the rights, privileges, immunities, powers and franchises and shall be subject to all of the duties and liabilities granted or imposed by Chapter 490 of Title XII of the Code of Iowa (1995), and any regulations thereunder, the Surviving Corporation shall possess all the rights, privileges, immunities, powers, and franchises of a public as well as of a private nature of API and all property, real, personal and mixed, and all debts due on what ever account, including all choses in action and all and every other interest, of

H:\dept_27\bli\plan of mrgr api-acm properties.doc   #021601/th                        1

Exhibit B

or belonging to or due to API shall be taken and deemed to be transferred to and vested in the Surviving Corporation without further act or deed; and the title to any real estate, or interest therein, vested in API shall not revert or be in any way impaired by reason of the Merger. The Surviving Corporation shall thenceforth be responsible and liable for all of the liabilities and obligations of API; and any claim existing or action or proceeding pending by or against API may be prosecuted to judgment as if the Merger had not taken place, or the Surviving Corporation may be substituted in its place. Neither the rights of creditors nor any liens upon the property of API shall be impaired by the Merger, but such liens shall be limited to the property upon which there were liens immediately prior to the Effective Time.

(b)  Articles of Incorporation. From the Effective Time, the Articles of Incorporation of ACM as in effect immediately prior to the Effective Time shall continue unchanged as the Articles of Incorporation of the Surviving Corporation.

(c)  By-Laws.  From the Effective Time, the By-Laws of ACM as in effect immediately prior to the Effective Time shall continue unchanged as the By-Laws of the Surviving Corporation.

(d)  Directors. From the Effective Time, the directors of ACM shall be:  Michael G. Fraizer, Thomas C. Godlasky and Gene C. Harris, to serve until their respective successors have been duly elected and qualified.

(e)  Officers. From the Effective Time, the officers of ACM shall be:

| | |
|---|---|
| President | Gene C. Harris |
| Vice President | Matthew G. Haney |
| Vice President | Dale E. Helling |
| Vice President | Douglas C. Person |
| Treasurer | Kevin J. Wagoner |
| Secretary and General Counsel | Matthew G. Haney |
| Assistant Secretary | Linda Olson |

to serve at the pleasure of the Board of Directors.

(f)  Effective Time.  The Merger shall be effective as of 12:01 a.m. on January 1, 2001 and the Articles of Merger shall be filed pursuant to Chapter 490 of the Code of Iowa (1999) with the Secretary of State of the State of Iowa.

2.  Further Assurances. From the Effective Time, the officers and directors of ACM are hereby authorized, in the name of the corporations which were the Constituent Corporations of the Merger, to execute, acknowledge and deliver all instruments and to do all acts and things as may, at any time, be deemed necessary or desirable to vest in ACM any property or rights of either of the Constituent Corporations to the Merger or to carry out any of the purposes expressed in this Agreement.

F:\dept_27\b\lipins of mgr api-acm properties.doc:  8021601/bh

Exhibit B

3. — Termination. This Plan of Merger may be abandoned by the parties hereto in the event the Agreement and Plan of Merger dated effective January 1, 2001, between ACM and API is terminated.

4. Headings. The descriptive headings of the several paragraphs of this Plan of Merger are inserted for convenience only and do not constitute a part of this Plan of Merger.

5. Governing Law. This Plan of Merger shall be governed by and construed in accordance with the laws of the State of Iowa.

IN WITNESS WHEREOF, each of the parties hereto has caused this Plan of Merger to be executed on its behalf by its officers thereunto duly authorized, all as of the date and year first written above.

AMERUS PROPERTIES, INC.,
an Iowa corporation

By: _Gene C. Harris_
Gene C. Harris
President

ACM PROPERTIES, INC.,
an Iowa corporation

By: _Gene C. Harris_
Gene C. Harris
President

Adopt_27b/b/plan of mgr api-aim properties.doc; #021601/bb

FILED
IOWA
SECRETARY OF STATE
4-26-01
11:53AM
#271042

# EXHIBIT C

## EXHIBIT C

amerus.biz
amerus.com
amerus.info
amerus.net
amerus.org
amerus.tv
amerus.us
amerusannuity.com
ameruscapital.com
ameruscapital.info
amerusfinancial.com
amerusgroup.biz
amerusgroup.com
amerusgroup.info
amerusgroup.tv
amerusgroupco.com
amerusgroupinc.com
ameruslife.com
ameruslifeinsurance.com
ameruslive.com
amerusrvp.com

# EXHIBIT D

AmerUs Group Co.
699 Walnut Street
Des Moines, IA 50309-3948
Mailing Address:
P.O. Box 1555
Des Moines, IA 50306-1555
515/362-3600

Exhibit D



CERTIFIED MAIL – Return Receipt Requested

May 26, 2005

Mr. Ronald L. Elick
President and CEO
The AMERIS Group LLC
7631 Cheviot Road, Suite 2B
Cincinnati, OH 45247

Re:    Infringement of AmerUs Group
       By The AMERIS Group LLC

Dear Mr. Elick:

It recently has come to our attention that your company is using a mark very similar to our AmerUs Group mark.

AmerUs Group Co. is an Iowa corporation located in Des Moines, Iowa, engaged through its subsidiaries in the business of marketing, underwriting and distributing individual life insurance and annuity products to individuals and businesses in fifty states, the District of Columbia and the U.S. Virgin Islands.

AmerUs Group Co. has used the AmerUs Group mark since at least as early as 1995. As a result of our company's widespread business, AmerUs Group has become well known and the company has established substantial and valuable goodwill in the AmerUs Group trademark. The company has registered the AmerUs Group trademark at the United States Patent and Trademark Office.

Consumers are likely to believe that use of the AMERIS Group mark by your company in connection with nearly identical services is associated with, sponsored by, or endorsed by AmerUs Group Co. Accordingly, use of AMERIS Group, although perhaps unintentional, may constitute trademark infringement, false designation of origin, and

unfair competition in violation of the Lanham Act, 15 U.S.C § 1051, *et. seq.,* as well as a violation of state and common law.

Accordingly, AmerUs Group Co. demands that The AMERIS Group LLC immediately cease and desist from any use of the AMERIS Group mark. We request that you provide written confirmation of your agreement to do so by thirty days from the date of receipt of this letter.

We trust you will appreciate our concerns in this matter and look forward to resolving this matter quickly and amicably. This letter is strictly without waiver or prejudice of AmerUs Group Co.'s rights, claims and remedies, all of which are hereby expressly reserved.

Sincerely,

Sean C. Monaghan
Assistant General Counsel