AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___05    859___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

___12-13-05___    ___[signature]___
(Date forms issued)    (Signature of Party or their Representative)

___John Dillon___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action