ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACM PROPERTIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05- |
| THE AMERIS GROUP LLC, | ) ) |
| Defendant. | ) ) ) |

05 859

## ACM PROPERTIES, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff ACM Properties, Inc. states that its parent corporation is AmerUs Group Co., a publicly held corporation that owns 10% or more of the stock of ACM Properties, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Plaintiff ACM Properties, Inc.*

OF COUNSEL:

Frederick L. Whitmer
Monica B. Richman
BROWN RAYSMAN MILLSTEIN FELDER
 & STEINER LLP
900 Third Avenue
New York, NY 10022
(212) 895-2000

Dated: December 13, 2005