IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACM PROPERTIES, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-859-GMS |
| THE AMERIS GROUP LLC, | : | |
| Defendant. | : | |

### APPLICATION FOR ENTRY OF DEFAULT

Plaintiff ACM Properties, Inc. hereby requests the Clerk to enter default on the record against defendant The Ameris Group LLC. As appears from the Affidavit of John W. Shaw, Esquire being filed contemporaneously with this Application, plaintiff is entitled to entry of a default against defendants pursuant to Federal Rule of Civil Procedure 55(a) because defendant was served more than twenty days ago and has failed to plead or otherwise defend the action as provided by the Federal Rules of Civil Procedure.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/ John W. Shaw_____
John W. Shaw (No. 3362)
Karen Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600
jshaw@ycst.com

OF COUNSEL:
BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
Frederick L. Whitmer
Monica B. Richman
900 Third Avenue
New York, New York  10022
(212) 895-2000

Dated:  January 9, 2005

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that I caused copies of the foregoing document to be served on January 9, 2006, upon the following counsel of record in the manner indicated:

### BY FIRST CLASS MAIL

The Ameris Group, LLC
c/o Lexis Document Services Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

                                                                      John W. Shaw (#3362)