IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACM PROPERTIES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-859-GMS |
| THE AMERIS GROUP LLC, | : |
| Defendant. | : |

**AFFIDAVIT OF JOHN W. SHAW**

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

I, John W. Shaw, being duly sworn according to law, depose and say as follows:

1. This action was filed on behalf of plaintiff ACM Properties, Inc. on December 13, 2005.

2. As appears from the attached Summons and Proof of Service, the summons and copies of the complaint were served upon Lexis Document Services Inc., the registered agent for service of process in the State of Delaware for defendant The Ameris Group LLC, on December 13, 2005.

3. More than twenty days have elapsed since service of the summons and complaint upon defendant. Defendant has not served an answer, motion, or other response to the

complaint, defendant has not otherwise defended the action as provided by the Federal Rules of Civil Procedure, and defendant has not contacted plaintiff to seek any extension of time to respond to the complaint.

_____
John W. Shaw

SWORN TO AND SUBSCRIBED before me this 6th day of January, 2006,

Kay M. Shuey
Notary Public
My Commission Expires: 2/16/2009

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that I caused copies of the foregoing document to be served on January 9, 2006, upon the following counsel of record in the manner indicated:

### BY FIRST CLASS MAIL

The Ameris Group, LLC
c/o Lexis Document Services Inc.
2711 Centerville Road, Suite 400
Wilmington, DE  19808


_____
John W. Shaw (#3362)