IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACM PROPERTIES, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>AMERIS GROUP, LLC )<br>)<br>Defendant. ) | Civil Action No. 05-859 GMS |

## ORDER

WHEREAS, on December 13, 2005, the plaintiff filed a Complaint against the defendant, Ameris Group, LLC ("Ameris") (D.I. 1);

WHEREAS, on December 14, 2005, service was returned executed as to Ameris (D.I. 4);

WHEREAS, Ameris' answer to the complaint was due on January 3, 2006;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by Ameris;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


January 10, 2006                /s/ Gregory M. Sleet
                                UNITED STATES DISTRICT JUDGE