

**The AMERIS Group** LLC

7631 Cheviot Road, Ste 2B  Cincinnati, Oh  45247
513-245-0600          Fax 513-245-6243
Toll Free  877-692-5400
*Helping protect your family's future*

January 17, 2006

Civil Action No.  05-589 GMS

ACM Properties, Inc. – Plaintiff

Vs

Ameris Group, LLC – Defendant

United States District Court for the District of Delaware
844 North King Street
Wilmington, DE  19801
Attn:  Judge Gregory M. Sleet
       United States District Judge

The Ameris Group LLC respectfully requests an additional 30 days to respond to the complaint filed by ACM Properties, Civil Action No. 05-859 GMS.  Ameris Group acknowledges receipt of the original complaint on December 14, 2005 at which time the complaint was forwarded to counsel.  Ameris Group expected counsel to file a response to the complaint, and was not aware that a response had not been filed.

On January 12, 2006, Ameris Group received an order from the court to respond within 5 days of January 10.  Upon reviewing this with counsel, Ameris Group found that a response had not been filed as requested and terminated counsel.

Ameris Group needs the extension to secure counsel in Delaware and to prepare a response to the Civil Action as filed by ACM Properties, Inc.

Ronald L. Elick
President/CEO Operations
The Ameris Group LLC
7631 Cheviot Road, Ste 2B
Cincinnati, OH  45247

FILED

JAN 17 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE