# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

January 20, 2006

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re: <u>ACM Properties, Inc. v. The Ameris Group LLC, C.A. No. 05-859-GMS</u>

Dear Judge Sleet:

      I write on behalf of plaintiff ACM Properties, Inc. in response to defendant's letter requesting 30 more days to answer the complaint so that it could find counsel. The answer was originally due on January 3, 2006 and, after no answer was filed and no request for an extension was sought, the Court entered an order directing defendant to answer on or before January 18, 2006 (D.I. 7).

      This is an action for cyberpiracy, trademark infringement, and similar claims. Plaintiff is the owner of the AMERUS family of federally registered trademarks, which are used in commerce by plaintiff's affiliates, including AmerUs Life Insurance Company ("AmerUs Life") in the State of Delaware. Defendant is using the confusingly similar AMERIS designation for products and services marketed by AmerUs Life. In fact, defendant's President and CEO, Ronald Elick, at one time was an independent agent of AmerUs Life, and we believe defendant began its trademark infringement at or around the time Mr. Elick's affiliation with AmerUs Life began. We are seeking an injunction against defendant's continued use of the AMERIS designation.

      Because defendant's use of plaintiff's trademarks is likely to be causing confusion about the source of defendant's insurance products and services, there is some urgency in moving the case along. Thus, while we are not opposed in the abstract to a short extension beyond the two weeks already provided in the Court's January 10, 2006, order (D.I. 7) to enable defendant to find counsel, we are not agreeable to any extension that delays prompt action in the case. We note in this regard

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
January 20, 2005
Page 2

that we were contacted last week by a lawyer representing defendant to talk about a non-litigation resolution of the case. In that conversation we were told that defendant already was in the process – last week – of finding litigation counsel in Delaware.

Respectfully submitted,

*John W Shaw (by Karen L Keller #4489)*
John W. Shaw (#3362)

JWS/prt
cc:   Clerk of the Court (by hand delivery and CM/ECF)
      The Ameris Group LLC (by hand delivery)
      Frederick L. Whitmer, Esquire (by e-mail)

DB02:5152878.1                                                                                          064821.1001