IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACM PROPERTIES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-859 GMS |
| | ) | |
| AMERIS GROUP, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on December 13, 2005, the plaintiff filed a complaint against the defendant, Ameris Group, LLC ("Ameris") (D.I. 1);

WHEREAS, on December 14, 2005, service was returned executed as to Ameris (D.I. 4);

WHEREAS, Ameris' answer to the complaint was due on January 3, 2006;

WHEREAS, on January 10, 2005, an Order to Answer was issued by the court (D.I. 7);

WHEREAS, on January 17, 2005, the defendant, Ameris Group, LLC, filed a letter request for an extension of time of 30 days within which to file an Answer to the Complaint (D.I. 8);

WHEREAS, on January 20, 2006, the plaintiff, ACM Properties, Inc. ("ACM"), responded to the defendant's request for an extension of time to answer the complaint indicating that they were amenable to a short extension of time, but they were not agreeable to any extension that would delay prompt action in this case (D.I. 9);

WHEREAS, on January 23, 2006, the court received a copy of a letter from "Ameris" to counsel for "ACM," indicating that they were agreeable to a settlement of this matter (Sealed D.I. 10);

IT IS HEREBY ORDERED that:

The defendant will have an additional 30 days from the date of this Order to file its answer to the complaint.


January 26, 2006                                         /s/ Gregory M. Sleet
                                                    UNITED STATES DISTRICT JUDGE