# YOUNG CONAWAY STARGATT & TAYLOR, LLP

...

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

February 13, 2006

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    <u>ACM Properties, Inc. v. The Ameris Group LLC, C.A. No. 05-859-GMS</u>

Dear Judge Sleet:

    Enclosed please find a Stipulated Final Injunction on Consent, which has been signed by the parties and which resolves the action.

    We respectfully request the Court to enter the Stipulated Final Injunction Consent. Should Your Honor have any questions or concerns, we are available at the Court's convenience.

                                                          Respectfully submitted,

                                                          John W. Shaw (#3362)

JWS/prt
Enclosure

    cc:    Clerk of the Court (by hand delivery and CM/ECF)
              Frederick L. Whitmer, Esquire (by e-mail)
              Ronald Elick, Esquire (by federal express)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACM PROPERTIES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-859 GMS |
| : | STIPULATED FINAL |
| : | INJUNCTION ON CONSENT |
| THE AMERIS GROUP LLC, : | |
| : | |
| Defendant. : | |

THIS MATTER, having been opened to the Court upon the consent of the parties hereto, and the Court having found good cause appearing that it is in the interest of justice and promotive of the purposes of enforcement of the Lanham Act,

IT IS, ON THIS _____ day of _____, 2006, ORDERED, ADJUDGED AND DECREED that The Ameris Group LLC, and its officers, directors, agents, servants, attorneys, and all those in active concert and participation with them, are hereby permanently enjoined and restrained from:

a. Marketing, promoting, printing, using, selling, distributing or otherwise disseminating, either directly or indirectly, any goods, services or materials of any sort, in any medium of communication or reproducing, either in print, electronically or otherwise, or causing others to reproduce any products or packaging incorporating the AMERIS designation or any variation thereof and from offering for sale and selling goods and services incorporating the AMERIS designation or any variation thereof;

b. Manufacturing, having manufactured, producing, having produced, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any goods and/or

services bearing the designation AMERIS or any designation confusingly similar to or dilutive of Plaintiff's AMERUS family of marks, trade names and domain names;

    c. Using any false or misleading designations of origin or false or misleading descriptions or representations of fact in connection with the manufacture, production, distribution, circulation, sale, offering for sale, advertising, promotion or display of its goods and/or services, under the AMERIS designation;

    d. Using the <www.amerisgroup.com> domain name, or any domain name incorporating "ameris" singly, or in combination with any other word or symbol, or any other domain name confusingly similar to the AMERUS family of marks;

    e. Operating an Internet website at <www.amerisgroup.com>;

AND IT IS FURTHER ORDERED, ADJUDGED and DECREED that The Ameris Group LLC, and its officers, directors, agents, servants, attorneys and all those in action, concert and participation with them, are hereby directed forthwith, and no later than ten (10) days from the date of the entry of this Order, to do each of the following:

    a. Deliver to AmerUs' attorneys or representatives for destruction or, to provide AmerUs' with proof of destruction, as directed, all products, labels, signs, prints, packages and packaging, wrappers, receptacles, advertisements, marketing materials and to destroy all screens and the other equipment or tooling bearing same in its possession or under its control bearing the AMERIS designation including all e-mail signatures or electronic images bearing the Ameris designation, singly or in combination with any other word or symbol;

    b. Remove from all websites, advertising, catalogs, and promotional materials pictures and references of any products and services incorporating the infringing AMERIS designation or any variation thereof and providing proof of destruction of the infringing products/packaging;

    c. Remove from all websites, advertising, catalogs, marketing and promotional materials

pictures and references of any products and services incorporating the AMERIS designation or any variation thereof and providing proof of such actions;

  d. Transfer the <www.amerisgroup.com> domain name to Plaintiff by undertaking any and all actions, including the execution of such papers as are necessary and appropriate to effectuate such transfer at no expense to Plaintiff;

  e. Provide Plaintiff forthwith with all necessary information, including, without limitation, the login and password needed to access the <www.amerisgroup.com> domain name registration with Network Solutions, Inc. and to provide any additional assistance necessary to effectuate the domain name transfer;

  f. File a certificate of name change in all states of the United States or Provinces of the Dominion of Canada in which The Ameris Group is authorized to do business;

  g. Issue a press release on its new website and send an announcement to all relevant parties announcing the new name, brand and website for Ameris in a form acceptable to Plaintiff;

  h. Provide Plaintiff's counsel with a report in writing and under oath from an officer of The Ameris Group setting forth in detail the manner in which it has complied with this Settlement Agreement and Stipulated Final Injunction on Consent no later than 30 days from the date of this Order.

                 _____
                  GREGORY M. SLEET
                  UNITED STATES DISTRICT JUDGE

We hereby consent to the Form
and entry of the foregoing order

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6689
(302) 576-3334 (fax)
Attorneys for Plaintiff

By: _____
JOHN W. SHAW


AMERIS GROUP LLC

By: _____
   RONALD ELICK, an authorized agent