IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACM PROPERTIES, INC.,

    Plaintiff,

v.

                                              Civil Action No. 05-859 GMS
                                              STIPULATED FINAL
                                              INJUNCTION ON CONSENT

THE AMERIS GROUP LLC,

    Defendant.

THIS MATTER, having been opened to the Court upon the consent of the parties hereto, and the Court having found good cause appearing that it is in the interest of justice and promotive of the purposes of enforcement of the Lanham Act,

IT IS, ON THIS ____8th____ day of ____March____, 2006, ORDERED, ADJUDGED AND DECREED that The Ameris Group LLC, and its officers, directors, agents, servants, attorneys, and all those in active concert and participation with them, are hereby permanently enjoined and restrained from:

    a. Marketing, promoting, printing, using, selling, distributing or otherwise disseminating, either directly or indirectly, any goods, services or materials of any sort, in any medium of communication or reproducing, either in print, electronically or otherwise, or causing others to reproduce any products or packaging incorporating the AMERIS designation or any variation thereof and from offering for sale and selling goods and services incorporating the AMERIS designation or any variation thereof;

    b. Manufacturing, having manufactured, producing, having produced, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any goods and/or

services bearing the designation AMERIS or any designation confusingly similar to or dilutive of Plaintiff's AMERUS family of marks, trade names and domain names;

c. Using any false or misleading designations of origin or false or misleading descriptions or representations of fact in connection with the manufacture, production, distribution, circulation, sale, offering for sale, advertising, promotion or display of its goods and/or services, under the AMERIS designation;

d. Using the <www.amerisgroup.com> domain name, or any domain name incorporating "ameris" singly, or in combination with any other word or symbol, or any other domain name confusingly similar to the AMERUS family of marks;

e. Operating an Internet website at <www.amerisgroup.com>;

AND IT IS FURTHER ORDERED, ADJUDGED and DECREED that The Ameris Group LLC, and its officers, directors, agents, servants, attorneys and all those in action, concert and participation with them, are hereby directed forthwith, and no later than ten (10) days from the date of the entry of this Order, to do each of the following:

a. Deliver to AmerUs' attorneys or representatives for destruction or, to provide AmerUs' with proof of destruction, as directed, all products, labels, signs, prints, packages and packaging, wrappers, receptacles, advertisements, marketing materials and to destroy all screens and the other equipment or tooling bearing same in its possession or under its control bearing the AMERIS designation including all e-mail signatures or electronic images bearing the Ameris designation, singly or in combination with any other word or symbol;

b. Remove from all websites, advertising, catalogs, and promotional materials pictures and references of any products and services incorporating the infringing AMERIS designation or any variation thereof and providing proof of destruction of the infringing products/packaging;

c. Remove from all websites, advertising, catalogs, marketing and promotional materials

pictures and references of any products and services incorporating the AMERIS designation or any variation thereof and providing proof of such actions;

    d. Transfer the <www.amerisgroup.com> domain name to Plaintiff by undertaking any and all actions, including the execution of such papers as are necessary and appropriate to effectuate such transfer at no expense to Plaintiff;

    e. Provide Plaintiff forthwith with all necessary information, including, without limitation, the login and password needed to access the <www.amerisgroup.com> domain name registration with Network Solutions, Inc. and to provide any additional assistance necessary to effectuate the domain name transfer;

    f. File a certificate of name change in all states of the United States or Provinces of the Dominion of Canada in which The Ameris Group is authorized to do business;

    g. Issue a press release on its new website and send an announcement to all relevant parties announcing the new name, brand and website for Ameris in a form acceptable to Plaintiff;

    h. Provide Plaintiff's counsel with a report in writing and under oath from an officer of The Ameris Group setting forth in detail the manner in which it has complied with this Settlement Agreement and Stipulated Final Injunction on Consent no later than 30 days from the date of this Order.

                                                                                  _____
                                                                                 GREGORY M. SLEET
                                                                                 UNITED STATES DISTRICT JUDGE

We hereby consent to the Form
and entry of the foregoing order

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6689
(302) 576-3334 (fax)
Attorneys for Plaintiff

By: _____
JOHN W. SHAW


AMERIS GROUP LLC

By: _____
    RONALD ELICK, an authorized agent

BRMFS1 651023v1